## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON FETTERHOFF, | No. 4:22-CV-00626 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | |
| Defendant. | |

## <u>ORDER</u>

### SEPTEMBER 27, 2023

Jason Fetterhoff filed this action seeking review of a decision of the Acting Commissioner of Social Security ("Commissioner") denying Fetterhoff's claim for social security disability benefits.[1] In July 2023, Magistrate Judge William I. Arbuckle issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision and close this case.[2]

Fetterhoff filed timely objections to the Report and Recommendation.[3] In his objections, Fetterhoff contends that Magistrate Judge Arbuckle erred in concluding that: (1) the administrative law judge ("ALJ") correctly evaluated Fetterhoff's behavior during clinical visits; (2) the ALJ properly rejected the opinion of Ahmed

---

[1]   Docs. 1, 15.
[2]   Doc. 20.
[3]   Doc. 23.

Kneifati, M.D.; and (3) the evidence presented to the appeals counsel was not material.[4]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[5] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[6] Upon *de novo* review of the record, the Court finds no error in Magistrate Judge Arbuckle's conclusion that, as a whole, the Commissioner's decision is supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William I. Arbuckle's Report and Recommendation (Doc. 20) is **ADOPTED**;

2. The Commissioner's decision is **AFFIRMED**;

3. Final Judgment is entered in favor of Defendant and against Fetterhoff pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

---

[4] *Id.*

[5] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).

[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

4.      The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge